Jeanette Hunt, defendant in error, v. Frank V. Schorsch, plaintiff in error. Gen. No. 36,498.

Opinion filed October 10, 1933.
Theodore Johnson, for plaintiff in error; Elmer H. Heitmann, of counsel. Melville, Block, Samuels & Seeley, for defendant in error; Paul W. Pretzel, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

Daniel Lavorini, administrator, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 36,541.

Opinion filed October 10, 1933. Rehearing denied and opinion slightly modified October 23, 1933.
Hoyne, O'Connor & Rubinkam, for appellant. Chas. G. Palmer, for appellee; Clyde C. Fisher, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

Floyd P. Gaines, appellee, v. The Western Union Telegraph Company, appellant. Gen. No. 36,551.

Opinion filed October 10, 1933. Rehearing denied October 23, 1933.
Francis R. Stark and West & Eckhart, for appellant; Joseph D. Bryan and Wm. Emmet Jones, of counsel. Jacob Legion Tenny, for appellee; B. M. Steiner, of counsel.
Mr. Justice Scanlan delivered the opinion of the court.

Frank J. Shriner, appellee, v. National Fire Insurance Company, appellant. Gen. No. 36,597.

Opinion filed October 10, 1933.
Hicks & Folonie, for appellant. No appearance for appellee.
Mr. Justice Scanlan delivered the opinion of the court.